SO ORDERED.



# TIFFANY & BOSCO
### P.A.

Dated: November 13, 2009

2525 E. CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

_____
REDFIELD T. BAUM, SR
U.S. Bankruptcy Judge

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-17057/1335001163

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:07-bk-00860-RTBP |
| Brandt M. Hade and Jamie L. Hade<br>    Debtors. | Chapter 13 |
| Mortgage Electronic Registration Systems, Inc., solely as nominee for America's Servicing Company its successors and/or assigns. | ORDER APPROVING STIPULATION FOR REMOVAL OF BANKRUPTCY STAY |
| Movant,<br>vs. | |
| Brandt M. Hade and Jamie L. Hade, Debtors; Edward J. Maney, Trustee. | |
| Respondents. | |

IT IS HEREBY ORDERED by and between the parties herein, through counsel undersigned, that all stays and injunctions, including the automatic stays under U.S. Bankruptcy Code Section 362(a), are hereby vacated effective immediately with respect to the real property which is the subject of the

Deed of Trust recorded in the records of the Coconino County, Arizona Recorder's Office, wherein Brandt M. Hade and Jamie L. Hade, are designated as trustors and Mortgage Electronic Registration Systems, Inc., solely as nominee for America's Servicing Company its successors and/or assigns is the beneficiary/successor beneficiary, which Deed of Trust encumbers the following described real property:

> Lot 33, HUTCHISON ACRES, as shown on the Plat thereof recorded in case 8 Maps 47 47A and correction recorded in instrumen No. 3087641 and in instrument No.. 3090239 records of Coconino County Arizona together with an undivided 1/95th interesin tract A, B and C. as set forth on said Plat.

IT IS FURTHER ORDERED that the debtors has no desire to maintain or keep the property and has decided to surrender his interest in the property legally described herein.

IT IS FURTHER ORDERED that Movant is now permitted, in its discretion to commence or conduct a Trustee's Sale, commence judicial foreclosure, or take whatever other actions necessary to protect their interest in the above legally described property.

IT IS FURTHER ORDERED that an Order Lifting Stay will remain in full force and effect in any bankruptcy chapter to which the Debtor may convert.

IT IS FURTHER ORDERED that any hearing scheduled in the matter are vacated.

DATED this \_\_\_\_\_ day of _____, 2009.

_____
UNITED STATES BANKRUPTCY JUDGE